**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-6756**

_____

JOHN W. ICKES,

                    Plaintiff – Appellant,

          v.

JASON WILSON, Facility Director; TWALLA MOORE, Property
Dept. Supervisor,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Liam O'Grady, District
Judge.  (1:15-cv-00605-LO-IDD)

_____

Submitted:  November 17, 2016       Decided:  November 22, 2016

_____

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit
Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John Woodward Ickes, Jr., Appellant Pro Se.  Pamela Brown
Beckner, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond,
Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Woodward Ickes, Jr., appeals the district court's order granting Defendants' motion for summary judgment in this civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ickes v. Wilson, No. 1:15-cv-00605-LO-IDD (E.D. Va. filed May 11, 2016 & entered May 13, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED